ORIGINAL

EDWARD H. KUBO, JR.      2499
United States Attorney

LARRY L. BUTRICK        3910
Chief, Criminal Division

MICHAEL K. KAWAHARA     1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2006

at 3 o'clock and 35 p M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 05-0300JMS-10 |
| | ) | |
| Plaintiff, | ) | SECOND SUPERSEDING INDICTMENT |
| | ) | **[AS TO GILBERT GOMEZ ONLY]** |
| VS. | ) | [21 U.S.C. 846 841(a)(1), |
| | ) | 841(b)(1)(A)] |
| LEANDRO GOMEZ, III, also (01) | ) | |
| known as "Leo", | ) | |
| NATHANIEL RUSSELL, also (02) | ) | |
| known as "Bobo" or "Bo", | ) | |
| PAMELA MAHEALANI NEWTON, (03) | ) | |
| JOHN CORNIEL, JR., (04) | ) | |
| CYRINAH L. AKEN, also (05) | ) | |
| known as "Cyrinah L. | ) | |
| Solomon", | ) | |
| CHARLES R.K. FARREN, (06) | ) | |
| REED KALEOOKALANI AKEN, (07) | ) | |
| SENIOR, | ) | |
| ROGER MANU BATES, also (08) | ) | |
| known as "Manu", | ) | |
| TIMOTHY JAMES SULLIVAN, (09) | ) | |
| also known as "Tim", | ) | |
| GILBERT GOMEZ, also (10) | ) | |
| known as "Glen" | ) | |
| and "Greg", | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SECOND SUPERSEDING INDICTMENT**
**[AS TO GILBERT GOMEZ ONLY]**

<u>Count 1</u>:

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and including on or about July 21, 2005 in the District of Hawaii and elsewhere, defendant:

**GILBERT GOMEZ**, also known as "Glen" and "Greg" (hereinafter "Gilbert Gomez"),

knowingly and intentionally conspired with Leandro Gomez, III, also known as "Leo" (hereinafter "Leo Gomez"), Nathaniel Russell, also known as "Bobo" or "Bo" (hereinafter "Russell"), Pamela Mahealani Newton (hereinafter "Pamela Newton"), John Corniel, Jr. (hereinafter "Corniel"), Cyrinah L. Aken, also known as "Cyrinah L. Solomon" (hereinafter "Cyrinah Aken"), Charles R.K. Farren (hereinafter "Farren"), Reed Kaleookalani Aken, Senior (hereinafter "Reed Aken"), Roger Manu Bates, also known as "Manu" (hereinafter "Bates"), Timothy James Sullivan, also known as "Tim" (hereinafter "Sullivan"), the latter persons not charged as defendants herein, and with other persons known and unknown to the grand jury, to distribute and to possess with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

<u>Ways and Means</u>:

The instant conspiracy involved the distribution of methamphetamine on the Island of Maui, under the supervision of Russell and his wife, Pamela Newton.  Leo Gomez, who resided in Las Vegas, Nevada, supplied methamphetamine to the other co-conspirators.  Sullivan and defendant Gilbert Gomez, also Las Vegas residents, assisted Leo Gomez in the distribution of methamphetamine.  During the period of the conspiracy, Gilbert Gomez would meet the couriers sent to Las Vegas by Russell, obtain the drug purchase money from them, and assist in Leo Gomez's delivery of the methamphetamine to said couriers. Corniel served an intermediate role on Maui, arranging with Leo Gomez and Sullivan for the replenishment of the conspiracy's methamphetamine inventory and distributing the methamphetamine to their customers on Maui.  Farren and Bates were the main customers.  Cyrinah Aken assisted the other conspirators in various ways, as holding the purchase money to acquire the methamphetamine, handling some of the finances, being a courier who transported the drug purchase money from Maui to Las Vegas and then returned back to Maui with methamphetamine, and also contacting Leo Gomez.  The methamphetamine would be delivered from Las Vegas to Maui either by being transported by courier or being sent via small parcel/cargo carriers.  Reed Aken was a courier who transported the drug purchase money from Maui to Las

Vegas and then returned back to Maui with methamphetamine.

Overt Acts:

In furtherance of the conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1.  On or about May 9, 2005 in Las Vegas, Nevada, Leo Gomez caused the following parcel to be tendered for delivery to Maui:

> One (1) UPS parcel, bearing Tracking #N3531349191, for "UPS Next Day Air" delivery, with the sender being "Tim Sullivan, Mail Store & More, 889 S. Rainbow Blvd, Las Vegas, NV", and the recipient being "Jason Chang, 1110 Puana St, Makawao, HI 96768" (hereinafter referred-to as "Subject Parcel #1),

which parcel contained some of the methamphetamine referenced in Overt Act #3 below.

2.  On or about May 9, 2005 in Las Vegas, Nevada, Sullivan tendered Subject Parcel #1 for delivery to Maui.

3.  On or about May 13, 2005 on the Island of Maui, Hawaii, Bates possessed approximately 616.8 grams (net weight) of d-methamphetamine hydrochloride, a methamphetamine salt, with purities ranging from 88 - 93%.

4.  During the approximate period May 25 - 26, 2005, Reed Aken traveled from Maui to Las Vegas, Nevada.

5.  On or about May 26, 2005 in Las Vegas, Nevada, Gilbert Gomez met with Reed Aken.

6.  On or about May 28, 2005, Reed Aken arrived at the Los Angeles International Airport, California.

4

7.  On or about May 28, 2005, at the Los Angeles
International Airport, California, Reed Aken possessed, under the
clothes he was wearing, approximately 921.1 grams (net weight) of
d-methamphetamine hydrochloride, a methamphetamine salt, with a
purity of 83%.

8.  On or about June 9, 2005, in Las Vegas, Nevada, Leo
Gomez caused the following parcel to be tendered for delivery to
Maui:

> One (1) UPS Parcel, bearing Tracking #1ZA2V1030175431754,
> bearing "UPS Next Day Air" labels and an indicated shipping
> weight of 7 pounds, with the sender being "Stock 2 Show, 905
> S. Main St, Las Vegas, NV 89101, and the recipient being
> "Shawn Chong, 1110 Puana, Makawao, HI 96768" (hereinafter
> referred-to as "Subject Parcel #2"),

which parcel contained approximately 1,809 grams (net weight), of
d-methamphetamine hydrochloride, a methamphetamine salt, with a
purity of 79%.

9.  On or about June 9, 2005 in Las Vegas, Nevada, Sullivan
tendered Subject Parcel #2 for delivery to Maui.

10.  On or about July 21, 2005 in Las Vegas, Nevada, Gilbert
Gomez possessed approximately 7.6 grams (net weight) of d-
methamphetamine hydrochloride, a methamphetamine salt, with a
purity of 43%.

11.  On or about July 21, 2005 in Las Vegas, Nevada, Gilbert
Gomez possessed a scale.

All in violation of Title 21, United States Code, Sections
846, 841(a)(1), and 841(b)(1)(A).

5

Count 2:

The Grand Jury further charges that:

On or about May 13, 2005 in the District of Hawaii and elsewhere, defendant:

**GILBERT GOMEZ**, also known as "Glen" and "Greg", knowingly and intentionally possessed with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

Count 3:

The Grand Jury further charges that:

On or about May 28, 2005 in the District of Hawaii and elsewhere, defendant:

**GILBERT GOMEZ**, also known as "Glen" and "Greg", knowingly and intentionally possessed with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections

6

841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

Count 4:

The Grand Jury further charges that:

On or about June 9, 2005 in the District of Hawaii and elsewhere, defendant:

**GILBERT GOMEZ**, also known as "Glen" and "Greg", knowingly and intentionally possessed with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code,

7

Section 2.

    DATED: Honolulu, Hawaii, February ___9___, 2006.


                                 _/s/ Foreperson_____
                                 GRAND JURY FOREPERSON


EDWARD H. KUBO, JR.
United States Attorney

By _____
   LARRY L. BUTRICK
   Chief, Criminal Division

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney


USA v. Gilbert Gomez, USDC-Hawaii, Second Superseding Indictment.

8