AO 83 (Rev. 12/85) Summons in a Criminal Case                                    CR 05-00300 JMS 10

## RETURN OF SERVICE

Service as made by me on:[1]                      Date

                                                                                                   Feb 13 2006

Check one box below to indicate appropriate method of service

[X]  Served personally upon the defendant at: __USMS cell block__

[ ]  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left:_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on __2-13-06__                                   _____Mark M. Hanohano_____
                        Date                                              Name of United States Marshal

                                                                        _Isabella K. Balter_
                                                                        (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure