# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR05-00300JMS

CASE NAME:        USA v. (10) Gilbert Gomez, aka "Glen"

ATTYS FOR PLA:    Michael Kawahara

ATTYS FOR DEFT:   (10) Rustam Barbee

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:    FTR C5

DATE:     2/27/2006                  TIME:        2:09:47-2:16:41pm

COURT ACTION: EP: Final Pretrial Conference as to defendant 10. Presence waived as to defendant 10.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge J. Michael Seabright on March 29, 2006 at 9:00.a.m..

<u>Representations by counsel on trial time:</u>
The United States and defendant estimate trial to take 7-12 days.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1.  <u>Fed. R. Evid. 404(b)</u> : March 2, 2006
2.  a.  Motions in Limine filed and served by :March 9, 2006.
    b.  Memoranda in opposition to motions in limine filed and served by: March 14, 2006.
3.  <u>Brady and Giglio Material</u> by: (the Friday before trial)
4.  a.  Jury Instructions exchanged by March 9, 2006.
    d.  Filings required by 4(b) & (c) by: March 16, 2006.
5.  Witness Lists per stipulation by March 22, 2006.
6.  <u>Exhibits</u>
    a.  Parties will exchange exhibits (the Friday before trial)
    b.  Original exhibits tabbed and in folders/binders, copy in folders/binders.

7. <u>Stipulations</u>: In writing and filed by March 16, 2006.
8. <u>Voir Dire Questions</u>: In writing by March 16, 2006.
9. <u>Trial Briefs</u>: by March 16, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>:
12. N/A


Submitted by: Shari Afuso, Courtroom Manager




CR05-300JMS
USA v. (10) Gilbert Gomez
Final Pretrial Conference Minutes
2/27/2006