EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA #1460
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00300-10 JMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| GILBERT GOMEZ,     (10) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Second Superseding Indictment against Gilbert Gomez in accordance with that plea agreement filed March 10, 2006.  Defendant has also pled guilty to and has been convicted of the Information filed in the companion case of USDC-Hawaii Cr. No. 06-00135 JMS.

The defendant is currently serving his sentence adjudged, USDC-Hawaii Cr. No. 06-00135 JMS.

DATED:  August 22, 2006, at Honolulu, Hawaii.

                  EDWARD H. KUBO, JR.
                  United States Attorney
                  District of Hawaii


By   /s/ Michael K. Kawahara
   MICHAEL K. KAWAHARA
   Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, August 23, 2006.

_____
J. Michael Seabright
United States District Judge

UNITED STATES v. GILBERT GOMEZ
Cr. No. 05-00300-10 JMS
"Order for Dismissal"